# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD MARIN, | Case No. 2:22-cv-00862-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

This Court screened *pro se* Petitioner Harold Marin's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF Nos. 1-1, 5.) In the August 23, 2022, screening order, this Court directed the Clerk of Court to electronically serve respondents' counsel and the Federal Public Defender with a copy of the screening order (ECF No. 5.) However, the Clerk of Court was not instructed to electronically provide respondents' counsel with the remainder of the docket or provide the Federal Public Defender with a copy of the petition (ECF No. 1-1).

It is therefore ordered that the Clerk of Court is instructed to electronically provide respondents' counsel copies with all items previously filed in this case (ECF Nos. 1–6) by regenerating the Notices of Electronic Filing.

It is further ordered that the Clerk of the Court is instructed to electronically provide the Federal Public Defender with copies of the petition (ECF No. 1-1) and screening order (ECF No. 5).

DATED THIS 26 day of August 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE