UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD MARIN,<br><br>                    Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>                    Respondents. | Case No. 2:22-cv-00862-GMN-EYJ<br><br>**ORDER** |

    Good cause appearing, IT IS HEREBY ORDERED that Petitioner Harold Marin's first unopposed motion for extension of time to file a second amended petition (ECF No. 16) is GRANTED. Marin has until February 13, 2023, to file a second amended petition.

    Dated: December 14, 2022

                                                                       GLORIA M. NAVARRO<br>
                                                                       UNITED STATES DISTRICT JUDGE