# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HAROLD MARIN,

                Petitioner,

v.

BRIAN WILLIAMS, et al.,

                Respondents.

Case No. 2:22-cv-00862-GMN-EJY

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Harold Marin's unopposed second Motion for Extension of Time (ECF No. 18) is GRANTED. The Court finds the motion is made in good faith and not solely for the purpose of delay. Marin has until April 14, 2023, to file a second amended petition for writ of habeas corpus.[1]

**IT IS THEREFORE ORDERED:**

1. Petitioner Harold Marin's unopposed second Motion for Extension of Time (ECF No. 18) is granted.

DATED: February 16, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).