**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD MARIN, | Case No. 2:22-cv-00862-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their response to the Third Amended Petition. ECF No. 49.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 49) is granted.  Respondents have until July 31, 2026, to file their response.

DATED:    June 23, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1