**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD MARIN,<br>Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br>Respondents. | Case No. 2:22-cv-00862-GMN-EJY<br><br>**ORDER** |

Respondents seek an extension of time to file their response to the Third Amended Petition. ECF No. 53. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' unopposed third Motion for Extension of Time (ECF No. 53) is granted. Respondents have until September 15, 2026, to file their response.

DATED: September 16, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE